# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00638-CV

**Bridget D. Elliot, Trustee of BC Trust, Appellant**

**v.**

**Crosswater Yacht Club, L.P.; Crosswater Yacht Club Management, L.L.C.;
Hurst Joint Venture, L.P.; Hurst Harbor GP, L.L.C.; MOF Hurst Harbor, L.P.;
and Suntex Ventures, L.L.C., Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. D-1-GN-14-004489, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Bridget D. Elliot, Trustee of BC, Trust has filed an unopposed motion to dismiss the appeal, explaining that the parties have settled their dispute. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Cindy Olson Bourland, Justice

Before Chief Justice Rose, Justices Pemberton and Bourland

Dismissed on Appellant's Motion

Filed:  June 10, 2016